The People of the State of New York, Respondent, v. John B. Dispenza, Appellant.—

Motion for assignment of counsel granted and Emerson R. Avery, Esq., counselor at law, 60 Main St., Cortland, N. Y., is assigned as counsel for appellant.

(A) The People of the State of New York, Respondent, v. Clarence Stanley Baum, Appellant. (B) The People of the State of New York ex rel. Murad Neresian, Appellant, v. J. Edwin La Vallee, as Warden of Clinton Prison, Respondent. (C) The People of the State of New York ex rel. Donald Marino, Appellant, v. J. Edwin La Vallee, as Warden of Clinton Prison, Respondent. (D) The People of the State of New York, Respondent, v. Jerry Gordon Vaughn, Appellant. (E) The People of the State of New York ex rel. H. Glyn Sees, Jr., Appellant, v. Walter M. Wallack, as Warden of Wallkill Prison, Respondent. (F) The People of the State of New York, Respondent, v. Edward L. Szewczyk, Appellant.—

Time to perfect appeal extended for 90 days. Motion in all other respects denied.

The People of the State of New York, Respondent, v. Anthony Marro and Joseph Balcer, Appellants.— Motion for an extension of time to perfect appeal. Motion granted and time extended to December 18, 1961.

Charles F. Staccio, Individually and as Guardian ad Litem of Charles P. Staccio, an Infant, Respondent, v. St. Mary's Benevolent Association of Kingston, Inc., et al., Appellants.— Motion denied and appeal dismissed.

The People of the State of New York, Respondent, v. Winslow Dalrymple, Appellant.— Motion for an extension of time to perfect appeal. Motion granted and time extended for 30 days.

The People of the State of New York ex rel. George Diblin, Appellant, v. J. Edwin La Vallee, as Warden of Clinton Prison, Respondent.— Time to perfect appeal extended for 90 days. Motion in all other respects denied.